**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

KATHERINE DALLAS and
ALISA JONES,

       Plaintiffs,

vs.                            CASE NO. 5:10cv258/RS-EMT

CALHOUN COUNTY SCHOOL DISTRICT,

       Defendant.
_____/

## <u>ORDER</u>

Before me is the Report Of The Parties' Planning Meeting (Doc. 11), which disregards the instructions in the Initial Scheduling Order about the discovery deadline and trial date. Attorney Harris contends this case should not be subject to the normal schedule because he will be involved in lobbying for several months. Three members of the Messer, Caparello & Self law firm have filed appearances as attorneys of record for Defendant in this case. Attorney Dean was also one of the three attorneys of record from Messer, Caparello & Self in *Perry v. State of Florida Department of Corrections*, 5:10cv52/RS, which was tried successfully to a defense verdict before this court this week by two other members of that firm, Messrs Telfer and Findley. There is no dearth of employment discrimination trial talent in the Messer law firm to warrant the inordinate delay proposed by Mr. Harris because of his absence mainly during discovery.

Not later than December 20, 2010, the parties are directed to file an amended joint report which provides for a discovery deadline of approximately April 16, 2011, and trial on approximately July 11, 2011, or July 25, 2011.

**ORDERED** on December 10, 2010.


/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**