**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

KATHERINE DALLAS and
ALISA JONES,

      Plaintiffs,

vs.                       CASE NO. 5:10cv258/RS-EMT

CALHOUN COUNTY SCHOOL DISTRICT,

      Defendant.
_____/

## ORDER

      The relief requested by Plaintiffs' Unopposed Motion To Enlarge Discovery

Period And For Extension Of Summary Judgment Deadline (Doc. 32) is **granted**.  All

discovery shall be completed not later than May 11, 2011.  Dispositive motions shall be

filed not later than May 26, 2011.

      **ORDERED** on April 12, 2011.


                        /S/ Richard Smoak_____
                        **RICHARD SMOAK
                        UNITED STATES DISTRICT JUDGE**